

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2014

No. 04-14-00117-CR

**IN RE** Louis H. **CONFER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

On February 19, 2014, relator filed a pro se petition for writ of mandamus. This court has determined that we do not have jurisdiction over this original proceeding. The petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on February 28th, 2014.

_Catherine Stone_
_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2014.

_Keith E. Hottle_
_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 120980 and 121055, styled *The State of Texas v. Louis H. Confer*, pending in the Municipal Court of Bandera County, Texas, the Honorable Frances Kaiser presiding.